# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>v.<br><br>TATIANA MARI AGUILAR<br><br>                Defendant. | Case No. 6:23-mj-00026-HBK<br><br>**DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:**         36 C.F.R. § 4.23 (a)(2)

**Sentence Date:**        March 13, 2024

**Review Hearing Date:**  March 4, 2025

**Probation Expires On:** March 13, 2026

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $1,510 which Total Amount is made up of a Fine: $ 1,500 Special Assessment: $ $10 Processing Fee: $ Choose an item. Restitution: $

☒ Payment schedule of $500 due January 13, 2025; and the remaining $1,010 due September 13, 2025.

☐ **Community Service hours Imposed of:**

☐ **Other Conditions:** complete First Time DUI Offender course; participate in AA or a similar program for 6 months; refrain from operating a vehicle with any detectable amount of alcohol; obligation to complete a chemical test to determine blood alcohol content when requested by a law enforcement officer.

## *DEFENSE POSITION:*

☒ To date, Defendant has paid a total of $ 1,510
    ☐ If not paid in full when was last time payment:  Date: Click here to enter a date.
                                                                                         Amount: $

☐ To date, Defendant has performed Click here to enter text. hours of community service.

☒ Compliance with Other Conditions of Probation: completed DUI course; participated, and continues to participate in AA sessions; maintained compliance with other alcohol-related driving conditions.

*GOVERNMENT'S POSITION:*

☒ The Government agrees to the above-described compliance.

☐ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:  Briana Vollmer (Rule 180)

*DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 3/4/2025 at 10 a.m.

☐ be continued to Click here to enter a date. at 10:00 a.m.; or

☒ be vacated.

☒ that Ms. Aguilar's unsupervised probation be terminated, and that the case be closed.

DATED:  2/19/2025                            */s/ Lisa Ndembu Lumeya*
                                             DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☐ GRANTED.  The Court orders that Choose an item.

☒ DENIED. The Defendant shall appear for her First Review Hearing scheduled for March 4, 2025 at 10:00 a.m. Defendant's unsupervised probation expires on March 13, 2026.

Dated:    February 22, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE